IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

FRANCISCO MAGANA-ONATE,
Defendant.                                              No. 10 - CR - 30223 DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on defendant Francisco Magana-Onate's Second Motion to Continue trial (Doc. 26), which is currently set for March 21, 2011. Defendant seeks a short continuance to resolve pending issues in the parties' pretrial negotiations. The Government does not object to a continuance. There are no codefendants in this case. The Court being fully advised in the premises finds that Defendant needs additional time.

Every defendant facing criminal charges has a right to a trial by jury or to plead to those charges. If the Court were to deny a continuance despite ongoing plea negotiations, this could severely impact the outcome of the discussions, which would likely result in a miscarriage of justice. **See 18 U.S.C. § 3161(h)(7)(B)(i)**. The Court therefore finds that pursuant to **§ 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Second Motion to

Continue (Doc. 26). The Court hereby **CONTINUES** the jury trial scheduled for Monday, March 21, 2011, at 9:00 a.m. to **Monday, April 25, 2011, at 9:00 a.m.** The time from the date the Motion was filed, March 14, 2011, until the date to which the trial is rescheduled, April 25, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 15th day of March, 2011.

Digitally signed by David R. Herndon
DN: cn=David R. Herndon, o=Southern District of IL, ou=U. S. District Court, email=judge_herndon@ilsd.uscourts.gov, c=US
Date: 2011.03.15 15:03:21 -05'00'

**Chief Judge
United States District Court**